01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

　　　　　　　　Plaintiff,

　　v.

BOB FERGUSON, et al.,

　　　　　　　　Defendants.

Case No. C14-0652-MJP-MAT

ORDER DENYING REQUEST TO PROCEED *IN FORMA PAUPERIS*

　　The Court, having reviewed plaintiff's proposed civil rights complaint, his request to proceed with this action *in forma pauperis*, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　Plaintiff's request to proceed *in forma pauperis* (Dkt. 1 at 5) is DENIED pursuant to 28 U.S.C. § 1915(g). Plaintiff is directed to pay the full filing fee of $400 within

ORDER DENYING REQUEST TO
PROCEED *IN FORMA PAUPERIS* - 1

Case 2:14-cv-00652-MJP-MAT   Document 2-2   Filed 05/15/14   Page 2 of 2

01 *thirty (30) days* of the date on which this Order is signed.  If the filing fee is not paid, this case
02 will be dismissed;

03     (3)    The Clerk shall file the complaint only upon receipt of the filing fee.  If no
04 filing fee is paid within thirty days of the date of this Order, the Clerk is directed to close the
05 file; and

06     (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge
07 Theiler.

08     DATED this 10th day of June, 2014.

10     MARSHA J. PECHMAN
       Chief United States District Judge

ORDER DENYING REQUEST TO
PROCEED *IN FORMA PAUPERIS* - 2